No. 658. LASER GRAIN COMPANY, PLAINTIFF IN ERROR, *v.* UNITED STATES OF AMERICA. In error to the District Court of the United States for the Eastern District of Missouri. Motion to require plaintiff in error to elect, etc., or to dismiss, submitted May 21, 1917. Decided June 4, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Hannis Distilling Co.* v. *Baltimore,* 216 U. S. 285; *Hendricks* v. *United States,* 223 U. S. 178, 184. See *In re Palliser,* 136 U. S. 257, 265–268; *Horner* v. *United States,* 143 U. S. 207, 214; *Benson* v. *Henkel,* 198 U. S. 1, 15; *United States* v. *Thayer,* 209 U. S. 39, 44; *Hyde* v. *United States,* 225 U. S. 347, 361. *Mr. John S. Leahy, Mr. Irvin V. Barth* and *Mr. Walter H. Saunders* for plaintiff in error. *The Solicitor General* for the United States.

---

No. 184. ALBERT PICK & COMPANY, PLAINTIFF IN ERROR, *v.* FRANK C. JORDAN, SECRETARY OF STATE OF THE STATE OF CALIFORNIA. In error to the Supreme Court of the State of California. Submitted April 17, 1917. Decided June 4, 1917, *Per Curiam.* Judgment affirmed with costs upon the authority of *Kansas City, &c. Railway Co.* v. *Kansas,* 240 U. S. 227. *Mr. W. I. Brobeck* for plaintiff in error. *Mr. U. S. Webb* and *Mr. Raymond Benjamin* for defendant in error.